UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
JONATHAN CORREIA,                   )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 16-413 WES
                                    )
NANCY A. BERRYHILL, Acting          )
Commissioner of Social Security,    )
                                    )
        Defendant.                  )
_____ )

## ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on September 5, 2017 (ECF No. 15), recommending that Plaintiff's Motion for Reversal (ECF No. 12) be granted and that Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 13) be denied. After carefully reviewing the pending motions and the R&R, and having heard no objections, the Court ACCEPTS the R&R and fully adopts its recommendations and reasoning.

Plaintiff's Motion for Reversal is therefore GRANTED and Defendant's Motion for an Order Affirming the Decision of the Commissioner is DENIED. Final judgment shall enter in favor of Plaintiff. This matter is remanded for further administrative proceedings consistent with this decision.
IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date:  September 25, 2017